UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN KENDALL, | Case No. 1:25-cv-01784-JLT-EPG |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF COUNT FOUR OF COMPLAINT |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 13). |
| Defendant. | |

On April 10, 2026, Plaintiff filed a notice of dismissal, stating the following:

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), plaintiff Quentin Kendall ("Plaintiff") dismisses count four of his complaint, filed December 8, 2025, for dangerous condition of public property (Government Code § 830 et seq.).

(ECF No. 13).

Although Plaintiff's filing cites to Rule 41, Federal Rule of Civil Procedure Rule 15 is the proper mechanism for such dismissal. "[A] plaintiff may not use Rule 41(a)(1)(i) to dismiss, unilaterally, a single claim from a multi-claim complaint." *Ethridge v. Harbor House Rest.*, 861 F.2d 1389, 1392 (9th Cir. 1988). "[Rule] 15(a) is the appropriate mechanism [w]here a plaintiff desires to eliminate an issue, or one or more but less than all of several claims, but without dismissing as to any of the defendants." *Id.* (quotation marks and citation omitted).

Thus, the Court will construe Plaintiff's attempt to dismiss the Government Code § 830 et seq claim against Defendant as a Motion to Amend under Rule 15(a). *See, e.g., Norsworthy v. Allison*, No. 1:20-cv-00813-ADA-HBK (PC), 2023 U.S. Dist. LEXIS 155860, at *2 (E.D. Cal.

1

Sept. 1, 2023) (construing parties' stipulated motion to dismiss some, but not all, claims against a defendant as Rule 15(a) motion to amend).

Rule 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2).

Here, Plaintiff has not yet amended his complaint as of right, and the time period for him to do so has not yet expired. Additionally, while Defendant has filed a responsive pleading under Rule 12(b), 21 days have not expired. (ECF No. 9).

Accordingly, the Court hereby ORDERS as follows:

1. Plaintiff's notice of voluntary dismissal of count four is construed as a Motion to Amend the complaint under Rule 15(a); and

2. Plaintiff's complaint is amended as follows:

   a. Plaintiff's Count Four: Dangerous condition of public property (Government Code § 830 et seq.) is DISMISSED.

IT IS SO ORDERED.

Dated:   **April 13, 2026**                    /s/ _Erica P. Grosjean_
                                       UNITED STATES MAGISTRATE JUDGE

2